UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK J. HARRIS, JR.,

       Plaintiff,                Case No. 1:16-cv-840

v.                                    Honorable Paul L. Maloney

GREENRIDGE REALTY COMPANY, INC.,

       Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated: September 20, 2016        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge